ROBERT L. POLLAK, State Bar Number 083950
GLASSBERG, POLLAK & ASSOCIATES
425 California Street, Suite 850
San Francisco, CA 94104-2193
415-291-8320 (Telephone)
415-291-8111 (Facsimile)
gpa@glassberg-pollak.com

Attorneys For Plaintiff
Our File No.: 141631

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, a corporation, | Case No.: 3:14-cv-03478-LB |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| PRINT INNOVATIONS, INC., a corporation dba ADVANTAGE GRAPHICS, | |
| Defendants. | |

The Court, having reviewed the Application of plaintiff's counsel and good cause appearing therefor,

IT IS HEREBY ORDERED that the dates contained in the court's order setting initial Case Management Conference and ADR deadlines shall be extended as follows:

| Date | Event | Governing Rule |
|---|---|---|
| 8/1/14 | Complaint Filed | |
| | *Last day to: meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3.5 |

| | | |
|---|---|---|
| | file ADR Certification signed by Parties and Counsel (form available at cand.uscourts.gov) | Civil L.R. 16-8(b) & ADR L.R. 3-5(b) |
| | file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at cand.uscourts.gov) | Civil L.R. 16-8(c) & ADR L.R. 3-5(b) & (c) |
| | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at cand.uscourts.gov) | FRCivP 26(a) (1) Civil L.R. 16-9 |
| | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom C, 15th Floor SF at 11:00 AM | Civil L.R. 16-10 |

Case Management Conference set for January 15, 2015 at 11:00 a.m. A Joint Case Management Statement due January 8, 2015.

**IT IS SO ORDERED.**

**DATED:** September 18, 2014

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE