```
 1  ROBERT L. POLLAK, State Bar Number 083950
    GLASSBERG, POLLAK & ASSOCIATES
 2  425 California Street, Suite 850
    San Francisco, California 94104-2193
 3  (415) 291-8320 (Telephone)
    (415) 291-8111 (Facsimile)
 4  gpa@glassberg-pollak.com

 5  Attorneys for Plaintiff
    Our File No.: 141631
 6
 7
 8
 9                        UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
    XEROX CORPORATION,            )    Case No.: 3:14-cv-03478-LB
12                                )
                                  )
13             Plaintiff,         )    ORDER OF DISMISSAL
                                  )
14       vs.                      )
                                  )
15  PRINT INNOVATIONS, INC., a    )
    corporation dba ADVANTAGE     )
16  GRAPHICS,                     )
                                  )
17                                )
               Defendants.        )
18  _____ )

19       The Court, having been advised that the settlement in the above-entitled
20  matter has been fully performed, and good cause appearing therefor,
21       IT IS HEREBY ORDERED that the above-entitled action is dismissed with
22  prejudice.
23
    DATED: October 16, 2014                    [signature]
24                                         _____
                                           LAUREL BEELER
25                                         UNITED STATES MAGISTRATE JUDGE
26
27
28
                                   ORDER OF DISMISSAL
```